# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTE SHEET
## CHANGE OF PLEA

**UNITED STATES OF AMERICA**　　　　　　　Case No: 4:19-CR-00233-01-BCW

vs.

**MICHAEL A. CARNAGEY**　　　　　　　Date:　October 2, 2019

**Honorable Brian C. Wimes, presiding at Kansas City, Missouri**

**Nature of Hearing:** Change of Plea

**Time Commenced: 2:30 p.m.**　　　　　　　**Time Terminated: 2:45 p.m.**

### APPEARANCES

| | |
|---|---|
| **Plaintiff's counsel:** | Mary Kate Butterfield, AUSA |
| **Defendant's counsel:** | Ronna Holloman-Hughes, FPD |
| **Probation officer:** | Ashley Maxwell |

**PROCEEDINGS:** Above parties present. Defendant to change plea of not guilty to Guilty. Defendant sworn.
- Offense(s) to which defendant is pleading guilty and statutory range of punishment summarized by defense counsel.
- Court advises defendant of perjury implication and questions defendant regarding age, education, physical and mental condition, and satisfaction w/representation of counsel.
- Court advises defendant of rights waived by pleading guilty.
- Terms of written **plea agreement**, signature on document, and factual basis contained in plea agreement acknowledged by defendant.
- Court accepts the plea, orders a presentence investigation report, finds defendant understands the charge(s) against him/her and the consequences of his/her plea and that the decision to plead guilty has been made freely and voluntarily and without coercion, and finds there is a factual basis for the plea.
- Sentencing to be set at a later date.
- Defendant remanded to custody of USM.

**Court Reporter:**　　Denise Halasey
**Courtroom Deputy:** Joella Baldwin